IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF Georgia
Athens DIVISION
*(Write the District and Division, if any, of the
court in which the complaint is filed.)*

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2018 JUN 29 PM 1:09
DEPUTY CLERK

---

Tracy Edward Johnson

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Eugene M. Benton, Keith Brooks,
Wade Harris, David Phillips, Stacy
Pickett, Dr. Williams, Tara Phillips...
*(see Attached)*
*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

**Complaint for Violation of Civil
Rights**
(Prisoner Complaint)

Case No. ___3:18-cv-82___
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    Tracy Edward Johnson

All other names by which you have been known: _____

ID Number    4920
Current Institution    Walton County Jail
Address    1425 S. Madison Ave.
Monroe Ga. 30655

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    EuGene M. Benton
Job or Title    Superior Court Judge
(if known)
Shield Number    _____
Employer    Walton County Government
Address    303 S. Hammond Dr.
Monroe Ga. 30655

☑ Individual capacity        ☑ Official capacity

Defendant No. 2

Name    Keith Brooks

2

Job or Title
(if known)     Chief

Shield Number

Employer       Walton County Sheriff Office

Address        1425 S. Madison Ave.
               Monroe Ga. 30655

☑ Individual capacity        ☑ Official capacity

Defendant No. 3

Name           Wade Harris

Job or Title   Major
(if known)

Shield Number

Employer       Walton County Sheriff Office

Address        1425 S. Madison Ave.
               Monroe Ga. 30655

☑ Individual capacity        ☑ Official capacity

Defendant No. 4

Name           Doctor Williams

Job or Title   Dentist (contractor)
(if known)

Shield Number

Employer       Correct Health

Address        1425 S. Madison Ave.
               Monroe Ga. 30655

☑ Individual capacity        ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

Attachment for Section 1 (B) Defendants

Defendant No. 5
Name                David Phillips
Job or Title        Attorney
Employer            Walton County Public Defender
Address             203 Milledge Ave
                    Monroe Ga. 30655
☑ Individual Capacity          ☑ Official Capacity

Defendant No. 6
Name                Stacy Pickett
Job or Title        Not Known
Employer            Georgia Probation Management
Address
☑ Individual Capacity          ☑ Official Capacity

Defendant No. 7.
Name                Tara Phillips
Job or Title        Classification officer
Employer            Walton County Jail
Address             1425 S. Madison Ave.
                    Monroe Ga. 30655
☑ Individual Capacity          ☑ Official Capacity

Defendant No. 8
Name                Officer Atkinson
Job or Title        Inmate Services
Employer            Walton County Jail
Address             1425 S. Madison Ave.
                    Monroe Ga. 30655
☑ Individual Capacity          ☑ Official Capacity

Continue on Page 2

Case 3:18-cv-00082-CAR-CHW   Document 1   Filed 06/29/18   Page 5 of 24

Defendant No. 9
    Name             Officer Marshall
    Job or Title       Inmate Services
    Employer        Walton County Jail
    Address          1425 S. Madison Ave.
                     Monroe Ga. 30655

Defendant # 10
    Name            Correct Health Services
    Title             Contractor for Medical
    Employer        Walton county Sheriff office
    Address         1425 S. Madison Ave.
                     Monroe Ga. 30655

Attachment      Defendants

...., Officer Atkinson, Officer Marshall,
Correct Health Services

A.  Are you bringing suit against *(check all that apply)*:

☐  Federal officials (a *Bivens* claim)

☑  State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

First, Sixth, Eighth, & Fourteenth Amendments of the US Constitution etc.., under color of State law and local law, Statute, ordinance, regulation, custom, usage... discrimination, Retaliation

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendant No.1 EuGene M. Benton while in court sentenced me to a sentence that exceeds the 12 months provided by law in OCGA 17-10-3 and sentenced me to 24 months in confinement, See Attachment for Section 2 (D)

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

4

Attachment for Section 2 (D) on Basis for Jurisdiction

Defendant No.2. Keith Brooks rufused to give me a classification hearing to correct mistreatement and discrimination undercolor of Law.
Defendant No.3 Wade Harris refused to give me a classification hearing to correct mistreatement and discrimination undercolor of Law
Defendant No.4. Doctor Williams Profromed treatment that was ineffective and ineffective Pain treatment under color of Law
Defendant No.5. David Phillips denied me of my 6th Amendment Right under the U.S. Constitution while in the Profomance of his appointment of Counsel while repesenting me undercolor of Law
Defendant No.6. Stacy Pickett, under color of Law illegally consolidated Plaintiffs Misdemeanor Probation senteaces into one sentence while working for Georgia Probation Management.
Defendant No 7 while in the Preformance of her Job Duties and under color of Law verbally implied a Threat to cause fear and to prevent filing request, inquiry ant Grievance about the classification policy.
Defendant No. 8 while in the Preformance of there dutys
Defendant No 9 while in the Preformance of there dutys

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☑ Other *(explain)* Sentenced Misdemeanor Probation Violation to county Jail time.

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Defendant Claim (1) one Walton Co. Superior Courthouse on June 6th 2018, Defendant (5) five Walton Co. Courthouse on June 6th 2018 Claim or Defendant #6 Same Dates

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Walton Co. Jail Defendant No. 2 and 3 on 06/20/2018 Defendant No. 4 on 06/13/2018

C. What date and approximate time did the events giving rise to your claim(s) occur?

June 6th, 13th, 20th, 21st

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Claim #1 On June 6th 2018 at the Probation hearing Eugene M. Benton violated my 4th and 6th Amendment rights by illegally sentencing me to 24 months confinement which exceeds the

Attachment to Section 4 Statement of Claim (D)
cont'd,

....OCGA 17-10-3 and violating my 6th Amendment to the effective
Assistance of Counsel.
Plaintiff reserves the right to Amend the claim to change
or correct or add to it as the Court will Allow.

Claim#2 On 06-06-2018 Stacy Pickett illegally violated
OCGA 17-10-3 and illegally Consolidated (5) five 12 month
Sentences that were to run consecutive to each other and
violated Plaintiffs 4th and 6th Amendments rights by misleading
the Court and stating plaintiff on December 14th 2016 was sentenced
to 60 months Probation. In the Misdemeanor case 16CR675-1 at
the November term 2016 The Final Disposition clearly states that the
Sentences are consecutive to each other.
Plaintiff reserves the Right to Amend the Claim to Correct or add to it
as the Court will Allow.

Claim#3 On 06-20-2018 submitted an electronic request on the Kiosk
To Classification officer Tara Phillips requesting for a Classification
hearing in front of Chief Keith Brooks and Major Wade Harris about
my Present incarceration of Being a sentenced County inmate on a
misdemeanor Probation Violation and Placed with Pretrial-Detainees with
violent felons. I was told that I could not have a classification
hearing. This is documented on the Kiosk.
On 06-21-2018 I responded with a Grievance on the Classification
Section of the Kiosk, I feel that Im being discriminated against and
Retaliated on, Major Wade Harris Replied through officer Tara Phillips
That Im classified as a "Red Band" and That I've either been charged
or convicted of an escape in the Past.
27 years ago I was convicted of a Misdemeanor escape in which I
recieved 12 months Probation for and serve my Debt to society
and now The Walton County Jail and Cheif Brooks and Major
Harris and Staff are still Punishing me for that
Misdemeanor by keeping me classified with violent Felony
Pre-trial Detainees and housed with the violent felony
Pre-trial Detainees.    I am sentenced to serve 24 months
at walton county Jail for violating my misdemeanor Probation..

Continue on Page 2

Attachment for Section 4 Statement of Claim (D)

cont'd,

.... and Im not afforded the same treatment as other inmates that are serving County time and on Trustee working in the Kitchen, Laundry and Cleaning orderlies making there time that they have Productive and I have a right to be housed with Inmates that have be sentenced to County time for Misdemeanors and not put in danger from harm or Subjested to extortion and ridicule for being housed with inmates that are facing prison sentenc's, and have Violent felonies. If I was in Athen-Clarke Co Jair I could be Trustee Plaintiff reserves the Right to Amend this Claim to Add, correct or Change it.

Claim #4  On 06-23-2018 officer Tara Phillips stated to me when she entered Cell 11 that if she could she would file charges for harrassment for the stuff I put on the Kiosk. This Made me feel threatened and that I may be retaliated on for filing Grievances and inquiry on the Kiosk, Everything I filed is well Documented and clearly States my Issues that are not Harassing in any way but does show where Im being Discriminated against and Deprived of priveledges other inmates enjoy as a county inmate, and officer Phillips clearly stated on the Kiosk that the Inquiry and Grievance has been forwarded to the Captain in which I have not been afforded a responce. If the Request, Inquiry and Grievance I logged in the Classification Section was forwarded to Capt. Thrasher, I have been Retaliated on by this Captain in the past and filed a privouse civil complaint against him which I could not Prosecate due to becoming Homeless when I was Released.

Claim #5   On Tuesdays at the Walton County Jail Inmate services officers Atkinson and officer Marshall come to ever Cell to pass out Razors. The Method they use to pass out the Razors are to Drop ......

Continue on Page 3

Page 3

Attachment for Section 4 statement of Claim (D)
Cont'd,

..... Drop the Razors on the Floor and use there boots
to Kick the Razor under the door. and the Inmates (me)
have to pick the Razor up off the Floor and then shave.
MY concern is that hair, Dust, urin, Staph and Just the floors
are filty and I shouldn't have to Recieve a clean Razor that
I'm going to use to shave my face from off the floor after its
been kicked with there officers Boots.

Claim #6 On a Daily basis The Trustee's at Walton County Jail
   Clean the Showers and Preform Cleaning Duties and then
   pass out the food tray's without Changes the clothes they wear
   while cleaning. Also the method Walton County Jail use's
   for the Trustee's to pass out the food tray's "They hold
   the trays arm lenght with there hands and drop the
   bottom tray(s) into the recieving inmates hands from the
   bottom of the stack from the Trustee's private area
   where the Trustees use the Restroom to urinate.
      I addressed this in the past with Capt. Minton and it
   was changed and Trustees were made to wear Aprons.
   This has stopped. Its documented on the Grievance section of Kiosk


Claim #7  The Showers in Cells 9,10,11, and 12 are
   Open for plain view. of other inmates and Room
   15 in each cell points directly into the shower.
   cell 9's shower is in direct view of the visitation
   area and Visitor can see directly into the showers
   in cell 9.    There needs to be a shower curtain
   put up in these showers,   There is a shower
   curtin in cell 3 and those shower are not in the
   direct view of any other Inmates. ~~~~~ I
   and other Inmates have to shower in ~~~~~ the
   View of other inmates?

Continue on Page 4

cont'd.

Claim # 8  On 06-13-2018 I was Refused ^(To be seen) by Dr. Williams (The Dentist) and I asked Nurse Diane why the Dentist was not going to see me and She said She will find out. Nurse Diane came Back and said He (The Dentist) will see You and she winked and I was taken back to see him and he refused to take an ExRay and only Placed a temporary filling that half of it fell out the same day. (In the Past I filed a 1983 civil complaint on this same Dentist for refusing to Properly treat me) -- (which was Dismiss for failure to Prosecate when I Became homeless)

Since the June 13th 2018's Visit my tooth has became worse. The Dentist (Dr. Williams) stated to me when I informed him that I have (3) three teeth that are actively causing me Pain that he will only deal with one tooth Per-visit and He comes only every other week and the Iberophen or Tylenol that he Proscribes two times a day is ineffective to treat the severe Pain that my teeth are causing. The teeth need either a root-canal or to be extracted and I asked the Medical section on the Kiosk if I was afforded the same treatment as someone in the free world and they informed me That I was. But if I went to a Dentist in the FreeWorld They would have taken an ExRay Just like they did when I was in Athens-Clarke County Jail. I feel Im being Retaliated against and the Dentist ^(who) has covered his obligation as a Doctor by saying he treated me for Pain and that there was no infection but Im still in severe Pain because the Root or Nerve is exposed and he Knowingly left me in pain. Wal-Mart sells the same Dental Temp and its Purpose is to be used until.....

Continue on Page 5

Page 5  Attachment for Section 4   Statement of claim

cont'd

. . . . You can make an appointment to see a Dentist and the Dentist Dr. Willians is using it as a means of treatment to justify his contract with Correct Health who is the Service Provider for Walton County Jail.

Doctor Williams informed me that I needed to get that tooth taken care of when I get out. He also asked me when I first saw him this time if I visited a Dentist since last time I was locked up. I said no. He stated "Why do Ya'll wait until you get locked up to see the Dentist." At that time I was Put in fear of not being treated correctly or as a person in the freeworld because I do not think that a Dentist in freeworld would ask questions like that. The Dentist I have been to in the freeworld made me feel safe and Good about the visit, but this Dentist (Dr. Willians) has frightened me and made me feel as if I have did something Wrong by requesting help for pain.

My Teeth did not hurt on the or in the freeworld or before my incarceration I was not having Dental pain and if it would have I would have had it taken care of, My teeth did not start hurting until I became incarcerated and with Walton County Jail and Sheriff Joe Chapman being my Custodian They are responsible for all my medical care's and just by filing a grievance or requesting help and informing Correct Health Im in fear of Retaliation and even prolonged pain For notonly the Dentist but Walton County Jail officials also, just because I Report that one of there Contractors has treated me as if I am nothing and have no voice. If Im hurting I am or have a right to be Properly treated and not belittled and made to feel as if I have or am doing Something Wrong.

Claim #9. Plaintiff fears for Retaliation from the Administration

12 months provided by Law in Misdemeanor Cases in OC.GA 17-10-3 and while being represented or assisted by counsel (David Phillips) violated my 6th Amendment right by being ineffective and refusing to object to violation...

Continue on Attachment Section 4 Statement of Claim (D)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

*Relief of Claim #1 Rule that Eugene M. Benton violated my rights and to order my release and that David Phillips violated my rights and any other Relief the court Deems.
*Relief for claim #2 I want the court to Rule that my probation sentences were illegally consolidated without....

Continue on Attachment for Section 6 Relief.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

Attachment for Section 6  Relief

cont'd,

.... my consent and violated my rights, Plaintiff request to be allowed to reserve the rights to Amend this claim in the future if need be.

* Relief for Claim #3   I would like for the Court to order that I have been wrongfully Classified under the current sentence of being a Misdemeanor Probation Violation and to be seperated from Violent felony or/and Pre-Trial Detainees and placed with or in an area of like sentences and be able to hold a Detail as other Inmates sentenced to minor County Jail Time or Sentences. like the Kitchen, Laundry, or other Detail and Rule that The current Classification policy is outdated and discrimatory and predujuice, and not to keep punishing me for a Misdemeanor from 27 years ago, that has noting to do with my current Sentence.

* Relief for Claim #4   I want the Court to Rule that Officer Tara Phillips statement to me under any circumstances would be a Threatening remark and would tend to make me or anyone feel that they or I could be under a threat and be in fear for filing future issuses or Grievances for fear of Retaliation. and Rule that my Issues were in no way harassing and any other Relief the Court Deems

* Relief for Claim #5   I want the Court to Rule and order that the method the Razors are distribited is unsanitary and to order that the Razors be hand delivered, and any other Relief the court deems

* Relief for Claim #6   I want the Court to order That The Inmates wear Head Coverings, Gloves (fresh Gloves) before seriveng the trays and wear Aprans, and ensure that Walton County jail comply with that Order and any other Relief the Court Deems.

Continue on Page 2

Pase 2 for Attachment Section 6 Relief

* Relief for Claim #7 I want the court to order that shower curtains be placed in each shower so that other Inmates or the visitation area can not view into the Showers and I want the court to followup on this and any other Relief the court Deems

* Relief for claim #8  I want the court to order my Custodian to Provide me with Proper and Adequate Dental Treatment and order that Dr. Williams to be Kept away from me because Plaintiff fears for his Safety from him and order that I not be retaliated against and I want the Court to order that I be treated Promptly to Prevent Prolong Pain.

* Relief for Claim #9 I want the Court to order that I not be Retaliated against and the court followup and ensure that I not be retaliated against during my incarcerated or lose any priviledges that I am intitled to.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑   Yes

☐   No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Walton County Jail

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑   Yes

☐   No

☐   Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑   Yes

☐   No

☐   Do not know

If yes, which claim(s)?

Retaliation, Discrimiation,

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑   Yes

☐   No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

Walton County Jail cell 11 on the Kiosk

2. What did you claim in your grievance?

Discrimination, Retaliation, improper classification, Dental Pain

3. What was the result, if any?

I was denied claims and every-thing is documented on the Kiosk

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I requested to Appeal and continued to give Notice of the wrongs on the Kiosk

8

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

*The Claims on Eugene M. Benton, David Phillips I Addressed in Motions to Modify Sentence and letters*

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*I informed Defendant Benton in Writing and was denied Response. Informed Defendant David Phillips in writing was denied Response*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*I wrote the Classification Officer (Tara Phillips) who informed me she forwarded my Corresponence to the Captain from the Kiosk.*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐    Yes

☑    No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_N/A_

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _Tracy Edward Johnson_
Defendant(s) _Joe Chapman, David Briscoe_

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_United states Distict court (Athens Division)_

3.  Docket or index number

_I do not have Access to Reference's_

4.  Name of Judge assigned to your case

_Judge Story_

5.  Approximate date of filing lawsuit

_do not have Reference_

6.  Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition. _Not Known_

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Dismissed for failure to Prosecute. because I became homeless

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) Tract Edward Johnson

Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

I do not have Access to the References to the other Cases.

3. Docket or index number

Do not Know (Don't have Reference)

4. Name of Judge assigned to your case

Judge Story

5. Approximate date of filing lawsuit

Do not Know

6. Is the case still pending?

☐ Yes

☑ No

11

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Dismissed for failure to Prosecute because I became Homeless

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06-27 , 20 18

Signature of Plaintiff _____

Printed Name of Plaintiff  Tracy Edward Johnson

Prison Identification #  4020

Prison Address  1425 South Madison Ave.

Monroe     Ga.     30655

    City         State         Zip Code

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

12

Address          _____

Telephone Number _____

E-mail Address   _____

13