Dear Clerk,

I want to file this 42 USCA. §1983 and Proceed In Forma Pauperis but I was not given the Request To Proceed In Forma Paupears Here at Walton County Jail.

Im request for an Order from the Court to force the Business office here at Walton Co. Jail to forthwith provide a certified institutional account of the Last 12 month or while Ive been here once I recieve and submit the Proper form from the Court.

This County Jail procrastinates and even refuses to provide proof of indigency.

Thank You.

Tracy Edward Johnson