Troy Job #11920
1425 S. Madison Ave.
Monroe Ga. 30655

Hasler          FIRST CLASS MAIL
06/26.2018
US POSTAGE $001.84

ZIP 30655
011D10656401

United States District Court

115 East Hancock Ave

Athens Ga. 30601