**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| **TRACY EDWARD JOHNSON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Criminal No. 3:18-CV-82-CAR-CHW** |
| | : | |
| **DR WILLIAMS,** *et. al.,* | : | **42 U.S.C. § 1983** |
| | : | |
| **Respondent.** | : | |
| _____ | : | |

**ORDER ON RECOMMENDATION OF**
**THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 69] that this Court grant Defendants Pecore and Etchinson's Motion to Dismiss [Doc. 61] and Defendants Dr. Williams, Stephanie Williams, Nowlin, Akinyele, and Bates's Motion to Dismiss [Doc. 62] for Plaintiff's failure to exhaust his administrative remedies prior to filing suit. Plaintiff has not filed an objection to the Recommendation, and the time in which to do so has expired. Having considered this matter, this Court agrees with the findings and conclusions of the Magistrate Judge. Thus, the Recommendation of the United States Magistrate Judge [Doc. 69] is hereby **ADOPTED AND MADE THE ORDER OF THE COURT**. Defendants' Motions to

1

Dismiss [Docs. 61 & 62] are hereby **GRANTED**, and thus Plaintiff's claims against Pecore, Etchinson, Dr. Williams, Stephanie Williams, Nowlin, Akinyele, and Bates are hereby **DISMISSED without prejudice**.

In reviewing this case, it appears Plaintiff also failed to exhaust his administrative remedies prior to filing his claims against Defendant Bailey.[1] The record demonstrates that although Plaintiff filed three grievances before he filed this action in June 2018, the subject matter of those grievances does not relate to Plaintiff's claims against Defendant Bailey. Thus, Plaintiff is **HEREBY ORDERED** to **SHOW CAUSE** in writing why his claims against Defendant Bailey should not also be dismissed for Plaintiff's failure to exhaust administrative remedies prior to filing suit. Plaintiff is **DIRECTED** to submit a brief in response showing cause within fourteen (14) days of the date of this Order.

**SO ORDERED,** this 20th day of February, 2020.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Defendant Bailey, who did not file a motion to dismiss, is currently in default. The Court has the authority pursuant to the PLRA to "dismiss the case at any time if the court determines that…the action… fails to state a claim on which relief may be granted." 28 U.S.C § 1915(e)(2)(B)(ii). In order to state a claim under 42 U.S.C. § 1983, prisoners must exhaust available administrative remedies before bringing an action with respect to prison conditions.