IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| TRACY EDWARD JOHNSON, | : | |
|---|---|---|
| Plaintiff, | : | |
| v. | : | Civil No. 3:18-cv-82 (CAR) |
| DR. WILLIAMS, *et. al.*, | : | |
| Defendants. | : | |

## ORDER TO DISMISS

On February 20, 2020, this Court ordered Plaintiff Tracy Edward Johnson to show cause why the last remaining Defendant in his case,[1] Defendant Bailey, should not be dismissed for Plaintiff's failure to exhaust administrative remedies prior to filing suit [Doc 70]. The Court ordered Plaintiff to respond within fourteen days from the date of the Order to Show Cause. Plaintiff failed to respond, and the time in which to do so has expired.

The Prison Litigation Reform Act (PLRA) requires prisoners to exhaust available administrative remedies before bringing an action with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law. 42 U.S.C. § 1997e(a); B*ryant v. Rich*, 530

---

[1] This Court, pursuant to the Report and Recommendation of the United States Magistrate Judge [Doc. 69], granted Defendants Pecore and Etchinson's Motion to Dismiss [Doc. 61] and Defendants Dr. Williams, Stephanie Williams, Nowlin, Akinyele, and Bates's Motion to Dismiss [Doc. 62] for Plaintiff's failure to exhaust his administrative remedies prior to filing suit. [Doc. 70]

F.3d 1368, 1372 (11th Cir. 2008). Prisoners must "complete the administrative review process in accordance with the applicable procedural rules, including deadlines, as a precondition to bringing suit in a federal court." *Woodford v. Ngo*, 548 U.S. 81, 88 (2006).

In Plaintiff's Recast Complaint [Doc. 40], Plaintiff alleges that Defendant Bailey, a nurse at Oglethorpe County Jail, denied him access to a dentist and took away his hernia belt [Doc. 18]. The record does not establish Plaintiff filed any grievances related to his claim against Defendant Bailey before filing this suit. Instead, the grievances Plaintiff filed before commencing this action relate to threats; unsanitary razors; unclean food trays; and the denial of a classification hearing, a haircut, and shower privacy. Grievances Plaintiff filed after commencing this action do not satisfy the PLRA's exhaustion requirement. Therefore, Plaintiff's case is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

**SO ORDERED**, this 12th day of March, 2020.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT